**Order entered December 20, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01052-CR

**DRESEYON ISIAH OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-41487**

### ORDER

Before the Court is appellant's December 16, 2022 motion to correct the clerk's record. In his motion, appellant contends that volume two of the clerk's record, which was filed under seal, is not subject to a sealing order. Our records do not contain a sealing order in this case.

Rule 9.10(g) of the rules of appellate procedure provides:

A court may also order that a document be filed under seal in paper form or electronic form, without redaction. The court may later unseal the document or order the filer to provide a redacted version of the document for the public record. **If a court orders material sealed, whether it be**

**sensitive data or other materials, the court's sealing order must be affixed to the outside of the sealed container if the sealed material is filed in paper form, or be the first document that appears if filed in electronic form. Sealed portions of the clerk's and reporter's records should be clearly marked and separated from unsealed portions and tendered as separate records, whether in paper form or electronic form.** Sealed material shall not be available either on the internet or in other form without court order.

TEX. R. APP. P. 9.10(g) (emphasis added).

To the extent any documents were sealed by a court order, those documents must be filed in a separate sealed volume along with a copy of the trial court's order. Documents that are not subject to a sealing order may not be filed in a sealed clerk's record.

Accordingly, we **GRANT** appellant's motion and **STRIKE** volume two of the December 2, 2022 clerk's record. We **ORDER** Dallas County District Clerk Felicia Pitre to file an unsealed volume two of the clerk's record with the unsealed documents of the case and, if appropriate, a sealed volume of the clerk's record with the trial court's sealing order and the sealed documents **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**.

Appellant's brief is due **THIRTY** days after volume two of the clerk's record is refiled.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Felicia Pitre, Dallas

County District Clerk; and to counsel for all parties.


                                        /s/     ROBERT D. BURNS, III
                                                CHIEF JUSTICE